661 A.2d 297

IN THE MATTER OF MARVIN S. DAVIDSON, AN ATTORNEY AT LAW.

July 28, 1995.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **MARVIN S. DAVIDSON** of **ORANGE,** who was admitted to the bar of this State in 1969, and who was suspended from the practice of law for a period of three months, effective March 15, 1995, by Order of this Court dated February 27, 1995, be restored to the practice of law, effective immediately.